IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 13 |
| DULIO F. VITALE JR., | ) | Bankruptcy Case No.: 21-10932 (BLS) |
| | ) | Bankr. BAP No. 24-0019 |
| Debtor. | ) | |
| _____ | ) | |
| DULIO F. VITALE JR., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-0422-JLH |
| | ) | |
| REGINA M. CORRIDORI, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**<u>ORDER</u>**

At Wilmington, Delaware, this **9th day of May 2024;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not jointly agree that their disputes here can be resolved through mediation and, upon review, the Court determines that mediation would not be an appropriate use of Court resources at this time;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for

entry of a briefing schedule to the assigned District Judge in this matter.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE