IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>DUILIO F. VITALE, JR.,<br><br>      Debtor.<br>_____<br>DUILIO F. VITALE, JR.,<br><br>      Appellant,<br><br>   v.<br><br>REGINA M. CORRIDORI,<br><br>      Appellee.<br>_____ | ) Chapter 13<br>) Bk. No. 21-10932 (BLS)<br>) BK. BAP No. 23-00019<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 24-422-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

    At Wilmington this 31st day of May 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

    IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

    1. Appellant's brief in support of the appeal is due on or before **July 1, 2024.**

2. Appellee's brief in opposition to the appeal is due on or before **July 31, 2024.**

3. Appellant's reply brief is due on or before **August 14, 2024.**

_____
The Honorable Jennifer L. Hall
United States District Judge